IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JAKE WILLIAMS, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:13cv521-MHT |
| | ) | (WO) |
| McCORMICK TRUCKING, INC., | ) | |
| and LINDA WOMACK, | ) | |
| | ) | |
|    Defendants. | ) | |

OPINION

Plaintiff filed this lawsuit asserting that he was terminated from his employment because of his race. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case dismissed for want of prosecution and failure to comply with court orders. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 26th day of December, 2013.

                                  /s/ Myron H. Thompson
                               UNITED STATES DISTRICT JUDGE